UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DMITRY PRONIN,

           Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

           Defendant.

1:17-CV-01807 (TJK)

## DECLARATION OF CLINTON STROBLE

I, CLINTON STROBLE, declare the following pursuant to 28 U.S.C. § 1746:

1. I am currently employed by the Federal Bureau of Prisons (BOP) as an Assistant General Counsel for the Office of the General Counsel in the Freedom of Information Act/Privacy Act FOIA/PA) Section. My office is located in Washington, D.C. I have served in this capacity since January of 2010; however, I have been employed with the BOP since September 1996.

2. This Declaration is submitted in support of the BOP's motion for summary judgment with respect to the Complaint filed by Plaintiff, Dmitry Pronin, on September 1, 2017.

3. I consulted with legal staff at the Federal Correctional Complex located in Florence, CO and confirmed that FCC Florence does not release staff lists to inmates or members of the general public.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 22nd day of June  2018.

                                                /S/ Clinton Stroble
                                                Clinton Stroble
                                                Assistant General Counsel
                                                FOIA/PA Section/Federal Bureau of Prisons